# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01755-AP

TIMOTHY W. OSBORN,

    **Plaintiff,**

    v.

MICHAEL ASTRUE, Commissioner of Social Security,

    **Defendant.**

---

## JOInt CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff: Chris R. Noel
    Attorney address: 3000 Pearl Street, Suite 105
    Telephone: 303 449 6503
    Fax: 720 214 1836
    E mail: chrisnoel@noelaw.com

    For Defendant:
    TROY A. EID
    United States Attorney
    KEVIN TRASKOS
    Assistant United States Attorney

    By: Debra Meachum
    Special Assistant United States Attorney
    Assistant Regional Counsel
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    telephone: 303 844

facsimile: (303) 844-0770
E mail: debra.meachum@ssa.gov
Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 8/18/08

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 8/19/08

    C.    **Date Answer and Administrative Record Were Filed:** 10/20/08

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has undertaken a timely review of the 1733 page record, the accuracy and completeness of the Administrative Record cannot be verified until after Plaintiff's Opening Brief is filed.

**Defendant states:** There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states: This case involve a continuing disability review (CDR) that began in 2000; it has gone through four ALJ hearings, three Appeals Council Requests for Review, and two Federal Court Complaints for Judicial Review, including the current one. The Record is 1733 pages long. It is divided into five volumes of about 346 pages each.

Defendant states: This case does not involve any unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due: 12/19/08**

    B.    **Defendant's Response Brief Due: 1/22/09**

    C.    **Plaintiff's Reply Brief Due: 2/5/09**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Oral Argument is requested.

    B.    **Defendant's Statement:** Oral Argument not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    **( x ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 12th day of November, 2008.

BY THE COURT:

<u>*S/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>Chris R. Noel<br>Telephone: 303 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Tim Osborn | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br><br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/x<br>By: x<br>Special Assistant U.S. Attorney<br>x.x@ssa.gov<br><br>Mailing Address:<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0815<br><br>Street Address:<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br><br>Attorneys for Defendant |